CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 24 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 2:16CR10 |
| JAMES ROBINSON | : Violations: 18 U.S.C. § 641 |
| | : Misdemeanor |

# INFORMATION

## COUNT ONE

The United States Attorney charges that:

1. On or about or between July 29, 2015 and July 30, 2015, in the Western District of Virginia and elsewhere, JAMES ROBINSON, did embezzle, steal, purloin, and knowingly convert to his use or the use of another, and without authority, sell, convey, and dispose of any thing of value of the United States or of any department or agency thereof.

2. On or about or between July 29, 2015 and July 30, 2015, JAMES ROBINSON, while volunteering for the United States Department of Agriculture Forest Service at the Cave Springs Campground within the George Washington and Jefferson National Forest, in the Western District of Virginia, stole a STIHL weedeater.

3. The STIHL weedeater was property of the United States Department of Agriculture Forest Service and was used at the Cave Spring Campground in the George Washington and Jefferson National Forest.

4. The STIHL weedeater has a value of approximately $330.00.

4. All in violation of Title 18, United States Code, Section 641.

*John P. Fishwick, Jr./by KC*
John P. Fishwick, Jr.
United States Attorney

*Kathleen Carnell*
Kathleen Carnell NMSB 6949
Special Assistant United States Attorney
180 West Main Street
Abingdon, Virginia 24210
(276) 628-4161
(276) 628-7399 (Fax)