# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

## CRIMINAL MINUTES – INITIAL APPEARANCE & ARRAIGNMENT
## FOR CRIMINAL INFORMATION

**Case No.: 2:16CR10**  **Date:  7/12/16**

**Defendant:  James Robinson; custody**  **Counsel:  Nancy Dickenson; AFPD**

PRESENT:
- JUDGE: Pamela Meade Sargent  TIME IN COURT:  2:29 – 2:41
- Deputy Clerk: Ella Surber
- Court Reporter: Ella Surber, FTR
- U. S. Attorney: Kevin Jayne
- USPO: Tom O'Neill
- Case Agent: James Willet
- Interpreter: N/A

**PROCEEDINGS:**

- [X] Defendant requests appointment of counsel.  CJA 23 completed; counsel appointed.
- [ ] Waiver of Indictment filed.   (Only required for felony charges)
- [X] Misdemeanor Information filed.
- [ ] Plea Agreement filed with court.
- [X] Initial Appearance.  Defendant(s) advised of charges, rights and nature of proceedings. Defendant executes waiver to proceed before Magistrate Judge
- [X] Defendant placed on $10,000 unsecured bond.
- [ ] Defendant remanded to custody.
- [ ] Guilty plea hearing scheduled for date, time and place before judge's name.

In addition to the standard conditions of release, the following special conditions of release are imposed:

(a) The defendant shall avoid contact outside the presence of his/her counsel with any alleged victims or potential witnesses regarding his/her case.
(b) The defendant shall report as directed by the probation officer, shall follow the direction of the probation officer; shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant.  The defendant shall reside at his/her current residence, and shall not change residences without the permission of the probation officer.
(c) The defendant shall abstain from the excessive use of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.
(d) The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such.
(e) The defendant shall submit to random routine drug and or alcohol testing and treatment as directed by the probation officer.
(f) The defendant shall not travel outside the Western District of Virginia without first obtaining permission from the probation officer.
(g) The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determine if he/she is in compliance with his/her conditions of pretrial release.
(h) The defendant shall not associate with any known users/possessors of illegal controlled substances and shall not be present in any location where illegal controlled substances are being used and/or distributed, unless approved by the supervising officer in cooperation with law enforcement officers.
(i) The defendant shall restrain any animals on the premises of his/her residence in a way so as to not interfere with the probation officer's access to the defendant's residence and to ensure the officer's safety.

Additional Information:

# ARRAIGNMENT

☒ Defendant(s) waives reading of Indictment/Information. ☐ Indictment/Information read.
☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | | Ct 1 | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

☒ Jury trial set for 8/24/16 at 9:00 a.m. in BSG.
☒ Pretrial conference set for 8/10/16 at 10:30 a.m. in Abingdon.
☐ Trial to be set by Clerk upon arrest of all defendants.
☐ Defendant(s) remanded to custody.
☒ Defendant(s) released on bond.