CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUL 1 2 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAMES ROBINSON | ) | Case No.   2:16CR10 |
| | ) | |
| *Defendant* | ) | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

x /s/ James Robinson
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
*Defendant's signature*

The United States consents to the jury-trial waiver:   _____
*Government representative's signature*

_____
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
*Defendant's signature*

_____                _____
*Printed name of defendant's attorney (if any)*      *Signature of defendant's attorney (if any)*

Date: _____   Approved by: _____
*Magistrate Judge's signature*