APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.: 2:16CR10

v.

DATE: 7/12/16

JAMES ROBINSON

TYPE OF HEARING: INITIAL APPEARANCE

*******************************************************************************

PARTIES:

1. Pamela Meade Sargent, USMJ
2. Kevin Jayne
3. Nancy Dickenson
4. James Robinson
5. Tom O'Neill
6. Byron Schiesz
7.
8.
9.
10.

*******************************************************************************

Recorded by: ELLA SURBER

Time in Court: 2:29 - 2:41

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 2:29 | 1,3 | | | | | | | | |
| | 1,2 | | | | | | | | |
| ↓ | | | | | | | | | |
| | 3 | | | | | | | | |
| | 1 | | | | | | | | |
| 2:33 | 2,4 | | | | | | | | |
| ↓ | | | | | | | | | |
| | 1,4 | | | | | | | | |
| ↓ | | | | | | | | | |
| | 5,1 | | | | | | | | |
| | 2,1 | | | | | | | | |
| 2:39 | 4,1 | | | | | | | | |
| | 6,1 | | | | | | | | |
| | 4,1 | | | | | | | | |