# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**JAMES ROBINSON**<br><br>*Defendant* | )<br>)  Case No. 2:16CR<br>)<br>)<br>)<br>) |

*Clerk's Office stamps:* 1010 8204 / 1684-00 / CLERK'S OFFICE U.S. DIST. COURT AT ABINGDON, VA FILED JUL 14 2016 JULIA C. DUDLEY, CLERK / Deputy Clerk signature

*RECEIVED JUN 24 2016 U.S. MARSHAL ABINGDON, VA*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **JAMES ROBINSON**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☑ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 USC 641 - Theft of Government Property


Date: 06/24/2016

*Issuing officer's signature*

City and state: Abingdon, VA

James P. Jones, U.S. District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/24/16, and the person was arrested on *(date)* 7/12/16
at *(city and state)* W/VA

Date: 7/12/16

*Arresting officer's signature*

Dusty Satterwhite
*Printed name and title*