IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:16CR00010

JAMES ROBINSON

## NOTICE OF INTENTION TO PLEAD GUILTY

Comes now the defendant, by counsel, and gives notice of his intention to enter a guilty plea without a plea agreement. The defendant requests that the Court set a date for the entry of a guilty plea and that the pre-trial hearing and jury trial scheduled in his case be cancelled.

Respectfully submitted,

James Robinson
By Counsel

s/Nancy C. Dickenson
Assistant Federal Public Defender
201 Abingdon Place
Abingdon, VA 24211
VSB No. 28120
276-619-6080
nancy_dickenson@fd.org

1

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2016, I caused the foregoing Notice to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to Kathleen Carnell, Special Assistant United States Attorney.

s/Nancy C. Dickenson

2