# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

## CRIMINAL MINUTES – GUILTY PLEA HEARING

**Case No.: 2:16CR10**        **Date: 8/10/16**

| **Defendants:** | **Counsel:** |
|---|---|
| **James Robinson; bond** | **Nancy Dickenson; AFPD** |

PRESENT:
- JUDGE: Pamela Meade Sargent   TIME IN COURT: 10:40 – 11:07
- Deputy Clerk: Ella Surber
- Court Reporter: Ella Surber, FTR
- U. S. Attorney: Kathleen Carnell
- USPO: Angela Sullivan
- Case Agent: Not Present
- Interpreter: N/A

**PROCEEDINGS:**

- ☐ Waiver of Indictment filed.
- ☐ Information filed.
- ☐ Plea Agreement filed with court.
- ☐ Defendant advised of right to have U. S. District Judge accept plea. Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
- ☐ Defendant arraigned as to Counts
- ☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
- ☒ Court accepts plea of guilty.
- ☐ Guilty plea form executed and filed.
- ☒ Government summarizes evidence to support plea and rests.
- ☒ Court finds defendant guilty as charged in Counts 1
  OR
- ☐ U. S. Magistrate Judge accepts plea of guilty to Counts and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | 1 | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

- ☒ Court orders Presentence Report.
- ☐ Copy of Presentence Report not requested.
- ☒ Defendant to remain on bond.

☐ Defendant remanded to custody.
☒ Sentencing hearing scheduled for October 26, 2016 at 10:30 a.m. before Judge Sargent.

Additional Information: