APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.: 2:16cr10

v.

DATE: 8/10/16

JAMES ROBINSON

TYPE OF HEARING: GUILTY PLEA

*************************************************************************

PARTIES:

1. Pamela Meade Sargent, USMJ        6. _____
2. Kathleen Carnell                   7. _____
3. Nancy Dickenson                    8. _____
4. James Robinson                     9. _____
5. Angela Sullivan                    10. _____

*************************************************************************

Recorded by: ELLA SURBER              Time in Court: 10:40 - 11:07

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 10:40 | 1,3 | 10:56 | 1,4 | | | | | | |
|  | 1,4 | ↓ | | | | | | | |
| ↓ |  | 10:59 | 2,1 | | | | | | |
|  | 3 | 11:02 | 1,4 | | | | | | |
| 10:50 | 1,4 | ↓ | | | | | | | |
| ↓ |  |  | 3 | | | | | | |
|  | 2 |  | 1,2,3 | | | | | | |
| 10:51 | 1,4 | ↓ | | | | | | | |
| ↓ |  | 11:04 | 1,4 | | | | | | |
| 10:54 | 3,1 | ↓ | | | | | | | |
| ↓ |  |  | 3,1 | | | | | | |
|  | 5 |  | 2,1 | | | | | | |
|  | 1,3 | 11:06 | 4,1 | | | | | | |
| 10:55 | 1,2 | | | | | | | | |