IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CRIMINAL MINUTES – SENTENCING HEARING

**Case No.: 2:16CR10**　　　　　　　　　　　　　　　　　**Date: 10/26/16**

**Defendant: James Robinson; bond**　　　　　　　**Counsel: Nancy Dickenson; AFPD**

PRESENT:　JUDGE:　　　　　　Pamela Meade Sargent　TIME IN COURT: 10:30 – 10:48
　　　　　　Deputy Clerk:　　　Ella Surber
　　　　　　Court Reporter:　　Ella Surber, FTR
　　　　　　U. S. Attorney:　　Kathleen Carnell
　　　　　　USPO:　　　　　　Ryan Thayer
　　　　　　Case Agent:　　　James Willett
　　　　　　Interpreter:　　　　N/A

**LIST OF WITNESSES**

GOVERNMENT:　　　　　　　　　DEFENDANT:
1.　　　　　　　　　　　　　　　1.
2.　　　　　　　　　　　　　　　2.
3.　　　　　　　　　　　　　　　3.
4.　　　　　　　　　　　　　　　4.

**PROCEEDINGS:**

☒　No Objections to Presentence Report.

☐　Court inquires as to Objection(s) to Presentence Report made by ☐ USA  ☐ Deft.
　　☐ Court overrules Objection(s).  ☐ Court grants Objection(s).

☒　Court adopts Presentence Report.

SENTENCE IMPOSED AS FOLLOWS:

PROB:　1 yr.
SR:　　____ months - comply w/Standard, Mandatory & Special Conditions.
SA:　　$25.00 due immediately (Paid today).
FINE:　$250.00
REST:　$30.00 to be paid to Liberty Pawn Shop

SPECIAL CONDITIONS OF SUPERVISION (Check applicable conditions):

1. Must pay any monetary penalty that is imposed by this judgment in the manner directed by the court;
2. Shall be banned from the George Washington and Jefferson National Forest for a term of 1 years from date of entry of this judgment;
3. Must comply with all state court conditions of bond and shall notify the probation office of any changes.

PAYMENT SCHEDULE:

☒　The defendant shall pay $50.00 per month over a period of months to commence 11/15/16.