APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.: 2:16CR10

v.

DATE: 10/26/16

JAMES ROBINSON

TYPE OF HEARING: SENTENCING

**************************************************************************

PARTIES:

1. Pamela Meade Sargent, USMJ      6. _____
2. Kathleen Carnell                 7. _____
3. Nancy Dickenson                  8. _____
4. James Robinson                   9. _____
5. Ryan Thayer                     10. _____

**************************************************************************

Recorded by: ELLA SURBER            Time in Court: 10:30 - 10:48

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 10:30 | 1,2 |  | 1,2 |  |  |  |  |  |  |
|  | 1,3 |  | 1,3 |  |  |  |  |  |  |
| 10:31 | 1,4 |  | 1,5 |  |  |  |  |  |  |
|  | 3,1 | 10:47 | 1,4 |  |  |  |  |  |  |
|  | 4,1 | ↓ |  |  |  |  |  |  |  |
| ↓ |  |  |  |  |  |  |  |  |  |
| 10:36 | 2,1 |  |  |  |  |  |  |  |  |
| ↓ |  |  |  |  |  |  |  |  |  |
|  | 5,1 |  |  |  |  |  |  |  |  |
| ↓ |  |  |  |  |  |  |  |  |  |
| 10:38 | 2,1 |  |  |  |  |  |  |  |  |
| ↓ |  |  |  |  |  |  |  |  |  |
|  | 3 |  |  |  |  |  |  |  |  |
| 10:41 | 1,4 |  |  |  |  |  |  |  |  |